# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| GUS A. MCCOVERY, JR. #150038, | : |
|     Plaintiff, | : |
| vs. | :  CIVIL ACTION 06-0675-KD-B |
| CHARLES SHERMAN, M.D., et al., | : |
|     Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this **28ʰ** day of **August 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**